CHARLES L. MILLS, Respondent, *v.* EDWARD E. BROWN  et al., Appellants.

(Argued October 1, 1875; decided October 8, 1875.)

*E. M. Felt* for the appellants.

*Justus Palmer* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.

---

THE CHAPMAN SLATE COMPANY, Appellant, *v.* ELI SUTCLIFFE, Respondent.

(Argued October 1, 1875; decided October 8, 1875.)

DECIDED on the facts in the case.

*Wilbur Shaw* for the appellant.

*O. D. M. Baker* for the  respondent.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed.

---

LEWIS W. JAMES, Respondent, *v.* HENRY HAMILTON, Appellant.

(Argued October 5, 1875; decided November 9, 1875.)

*J. H. Thomas* for the appellant.

*Winchester Britton* for the respondent.

Agree to affirm.   No opinion.
All concur.
Judgment affirmed.